UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re:

BLUEGREENPISTA ENTERPRISES, INC.

Case No.: _____ 15-12827-A-11K _____

**CHAPTER 11 MONTHLY OPERATING REPORT**

_Indicate if Amended_

**MONTH ENDED:** _____ 9/30/15 _____

**Petition Date:** 7/18/15

### SUMMARY OF FINANCIAL STATUS

1. Debtor in possesion (or trustee) hereby submits this **Monthly Operating Report** on the:
   **X** CASH ☐ ACCRUAL basis of accounting _(select one)_ .

| | | | Current Month | | Cumulative Since Filing |
|---|---|---|---|---|---|
| **2.** | **Cash Receipts & Disbursements** | | | | |
| | a. Total Cash Receipts | B | 0.00 | B | 0.00 |
| | b. Total Cash Disbursements | B | 20.00 | B | 20.00 |
| | c. Receipts Over/(Under) Disbusements _(Line 2a - 2b)_ | B | (20.00) | B | (20.00) |
| | d. Cash Balance Beginning of Month and at Filing | A | 41,246.43 | B/S | 41,246.43 |
| | e. Cash Balance End of Month _(Line 2c + 2d)_ | A | 41,226.43 | B/S | 41,226.43 |

| | | | End of Current Month | | As of Filing Date |
|---|---|---|---|---|---|
| **3.** | **Accounts Receivable, Net** | C | 500,000.00 | B/S | 500,000.00 |
| **4.** | **Inventory** | D | 0.00 | B/S | 0.00 |
| **5.** | **Post-Petition/Administrative Liabilities:** | | | | |
| | a. Post-Petition Accounts Payable | E | 82,584.07 | | N/A |
| | b. Post-Petition Professional Fees/Exp Payable | E | 0.00 | | N/A |
| | c. Post-Petition Pmts Due to Sec. Creditors/Lessors | E | 0.00 | | N/A |
| | d. U.S. Trustee Fees Due | E | 0.00 | | N/A |
| | e. Post-Petition Taxes Payable | F | 0.00 | | N/A |
| | f. Other Post-Petition Liabilities  B/S _(Lines 23, 24, 26 & 27)_ | | 0.00 | | N/A |
| | g. Unpaid Claims Under 11 U.S.C. § 503(b)(9) | B/S | 0.00 | B/S | N/A |

**During this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 6. | | X | Were any payments made to secured creditors or lessors? _If yes, attach detailed listing._ |
| 7. | | X | Were any payments made on _pre-petition unsecured_ debts? _If yes, attach detailed listing._ |
| 8. | | X | Were any payments made to professionals? _If yes, attach a detailed listing._ |
| 9. | | X | If the answer to #7 and/or #8 is **Yes**, were all such payments approved by the court? |
| 10. | | X | Were any payments made to _or on behalf of_ owners, officers or other insiders? _If yes, attach detailed listing._ |

**As of the end of this reporting month:**

| | Yes | No | |
|---|---|---|---|
| 11. | X | | Was the estate insured for liability, casualty and/or worker's comp. coverage? _If no, attach explanation._ |
| 12. | X | | Was the Debtor current in the filing of all tax and/or information returns? _If no, attach explanation._ |
| 13. | X | | Was the Debtor current in the payment of all _post-petition_ taxes due? _If no, attach explanation._ |

I declare under penalty of perjury that I have reviewed this Monthly Report of Operations and, after making reasonable inquiry, believe that the information is true and correct.

| 10/8/2015 | Pinder Singh | _(signature)_ |
|---|---|---|
| Date | Name of Responsible Individual | Signature of Responsible Individual |

Bluegreen MOR 09302015 Corrected

FOR MONTH ENDED:          9/30/15

## SUMMARY OF FINANCIAL STATUS CONT'D

## 14.  LIST OF REQUIRED ATTACHMENTS TO THE MONTHLY OPERATING REPORT

*"X" confirms the following documents are completed  and  attached:*

| | | |
|---|---|---|
| a. | X | SCHEDULE A - Summary of Cash Accounts; *Indicate "N/A" if the debtor did not have any cash/bank accounts at anytime during the reporting period.* |
| b. | X | SCHEDULE B - Statement of Cash Receipts and Cash Disbursements |
| c. | X | SCHEDULE C - Accounts Receivable; *Indicate "N/A" if none.* |
| d. | N/A | SCHEDULE D - Inventory; *Indicate "N/A" if none.* |
| e. | X | SCHEDULE E - Post Petition Liabilities; *Indicate "N/A" if none.* |
| f. | N/A | SCHEDULE F - Post Petition Federal and State Taxes; *Indicate "N/A" if none.* |
| g. | N/A | PROFIT/(LOSS) STATEMENT (P/L); *Indicate "N/A" if the debtor received authorization to file Monthly Operating Reports using the "Cash" basis method of accounting.* |
| h. | X | BALANCE SHEET (B/S) |
| i. | N/A | DETAILED LISTINGS required for a "Yes" response to questions #6, 7, 8 and/or 10 on Page 1 *Indicate "N/A" if no detailed listings are required.* |
| j. | N/A | EXPLANATIONS required for a "No" response to questions #11, 12 and/or 13 on Page 1 *Indicate "N/A" if no explanations are required.* |
| k. | X | Detailed Transaction Register, Bank Statement and Bank Reconciliation *for each account listed on Schedule A; Indicate "N/A" if the debtor did not have any cash/bank accounts during the reporting period.* |

**If any the following Items are "N/A" (Not Applicable), they do not have to be provided with this Report:**
   - SCHEDULE A
   - SCHEDULES C and D  *(both Schedules must be "N/A")*
   - SCHEDULE E *(all sections of Schedule must be "N/A")*
   - SCHEDULE F
   - PROFIT/(LOSS) STATEMENT
   - DETAILED LISTINGS for questions #6, 7, 8 AND 10.
   - EXPLANATIONS for questions #11, 12 AND 13.
   - DETAILED TRANSACTION REGISTERS, BANK STATEMENTS, BANK RECONCILIATIONS

Bluegreen MOR 09302015 Corrected

FOR MONTH ENDED:   9/30/15

## SCHEDULE A
## RECAP OF CASH ACCOUNTS

_____ *Indicate if Debtor did not have any cash/bank accounts during the reporting period.*

| Name of Bank or Cash Account (Incl. pre-petition & DIP accounts) | Account Purpose (i.e. gen, p/r, cc) | Acct # (last 4 digits) | Beginning Balance | (+) Receipts | (+) Disbursements | (+/-) Transfers | Ending Balance | Register, Bank Stmt & Bank Rec. Provided "X" = yes |
|---|---|---|---|---|---|---|---|---|
| Westamerica Bank | gen | 4676 | 41,246.43 | | 20.00 | | 41,226.43 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | | | | | | | 0.00 | |
| | **Total** | | 41,246.43 | 0.00 | 20.00 | 0.00 | 41,226.43 | |
| | | Amt Per Sch B | | 0.00 | 20.00 | Amt Per **B/S** | 41,226.43 | |
| | | Diff. (should be $0) | | 0.00 | 0.00 | Diff. (should be $0) | 0.00 | |

## Account Purpose Abbreviations

gen  = general operating
p/r  = payroll
tax  = tax
cc   = cash collateral
per  = personal
bl   = blocked
cash = cash on hand/petty cash

*Amounts reported on Schedule A MUST be supported by detailed transaction (i.e. check) registers*

FOR MONTH ENDED:        9/30/15

## SCHEDULE B
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | | Current Month | Cumulative Since Filing |
|---|---|---|---|
| 1 | **Cash Receipts:** | | |
| 2 | Cash sales *(ordinary course cash and merchant credit card sales)* | | |
| 3 | Rents/Leases Collected | | |
| 4 | Accounts Receivable Collected C | | |
| 5 | Interest Received | | |
| 6 | Proceeds from Sale of Estate Asset(s) | | |
| 7 | Borrowings *(from non-insiders)* | | |
| 8 | Funds from Shareholders, Partners or Other Insiders | | |
| 9 | Capital Contributions | B/S | |
| 10 | Other Cash Receipts: | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | **Total Cash Receipts** A | 0.00 | 0.00 |
| 16 | **Cash Disbursements:** | | |
| 17 | Payments to Vendors for Merchandise | | |
| 18 | Administrative Expenses | 20.00 | 20.00 |
| 19 | Payments on Secured Debt *(detailed listing required)* | | |
| 20 | Payments on Pre-Petition Unsecured Debt *(detailed listing required)* | | |
| 21 | Rent/Lease Payments | | |
| 22 | Net Amts Paid to Owner(s), Officers & Insiders *(detailed listing required)* | | |
| 23 | Payroll (less employee withholding) | | |
| 24 | Taxes Paid: | | |
| 25 | Employee Withholding | | |
| 26 | Employer Payroll Taxes | | |
| 27 | Sales Taxes | | |
| 28 | Real Property Taxes | | |
| 29 | Other Taxes | | |
| 30 | Payments to Professionals *(detailed listing required)* E | | |
| 31 | Other Cash Disbursements: | | |
| 32 | United States Trustee Fees E | | |
| 33 | Draws and Distributions Paid to Owners *(detailed listing required)* B/S | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | **Total Cash Disbursements** A | 20.00 | 20.00 |
| 41 | **Net Increase/(Decrease) in Cash** | (20.00) | (20.00) |

SCHEDULE B

FOR MONTH ENDED: _____9/30/15_____

## SCHEDULE C
## ACCOUNTS RECEIVABLE

_____ *Indicate if none*

|   | | | | Aging of Pre Petition and Post-Petition Accounts Receivable |
|---|---|---|---|---|
| 1 Ending Balance Reported in Prior Month | 500,000.00 | | | |
| 2 Add:  New Receivables for this Month | 0.00 | | 0 - 30 Days | |
| 3 Less:  Amounts Collected this Month | 0.00 | B | 31 - 60 Days | |
| 4        Subtotal | 500,000.00 | | 61 - 90 Days | |
| 5 Adjustments (+/-)  *(Explanation Required)* | | | 90+ Days | 500,000.00 |
| 6 Ending Balance | 500,000.00 | | | 500,000.00 |
| 7 Less: Allowance for Doubtful Accounts | | | | |
| 8 Accounts Receivable, Net | 500,000.00  B/S | | | |

*Explanation for any Adjustments to Accounts Receivable:*

_____

_____

_____

## SCHEDULE D
## INVENTORY AND COST OF GOODS SOLD

___X___ *Indicate if none*

| | | |
|---|---|---|
| 1 Ending Balance Reported in Prior Month | | |
| 2 Add:  Merchandise Purchased | | |
| 3 Adjustments (+/-)  *(Explanation Required)* | | |
| 4 Less: Ending Balance | | B/S |
| 5 Cost of Goods Sold | 0.00 | P/L |

*Explanation for any Adjustments to Inventory:*

_____

_____

_____

FOR MONTH ENDED:        9/30/15

## SCHEDULE E
## POST-PETITION LIABILITIES

**POST-PETITION ACCOUNTS PAYABLE** — *Indicate if none* _____

|   |   |   | | Post-Petition Aging |   |
|---|---|---|---|---|---|
| 1 | Ending Balance Reported in Prior Month | 49,301.73 | | | |
| 2 | Add: Debts Incurred this Month | 33,282.34 | 0 - 30 Days | 33,282.34 |
| 3 | Less: Payments Made this Month | 0.00 | 31 - 60 Days | 37,496.75 |
| 4 | Subtotal | 82,584.07 | 61 - 90 Days | 11,805.00 |
| 5 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | |
| 6 | Ending Balance | 82,584.07  B/S | | 82,584.09 |

**POST-PETITION PROFESSIONAL FEES
& EXPENSES PAYABLE** — *Indicate if none* _____

|   |   |   | | Post-Petition Aging |   |
|---|---|---|---|---|---|
| 7 | Ending Balance Reported in Prior Month | | | | |
| 8 | Add: Fees/Exp Incurred this Month | | | |
| 9 | Less: Payments Made this Month | | B | 0 - 30 Days | |
| 10 | Less: Retainer(s) Applied this Month | | 31 - 60 Days | |
| 11 | Subtotal | 0.00 | 61 - 90 Days | |
| 12 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | |
| 13 | Ending Balance | 0.00  B/S | | 0.00 |

**POST-PETITION PAYMENTS DUE TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS** — *Indicate if none* _____

|   |   |   | | Post-Petition Aging |   |
|---|---|---|---|---|---|
| 14 | Ending Balance Reported in Prior Month | | | | |
| 15 | Add: Payments Due this Month | | 0 - 30 Days | |
| 16 | Less: Payments Made this Month | | B | 31 - 60 Days | |
| 17 | Subtotal | 0.00 | 61 - 90 Days | |
| 18 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | |
| 19 | Ending Balance | 0.00  B/S | | 0.00 |

**U.S. TRUSTEE QUARTERLY FEES DUE** — *Indicate if none* _____

|   |   |   | | Post-Petition Aging |   |
|---|---|---|---|---|---|
| 20 | Ending Balance Reported in Prior Month | | | | |
| 21 | Add: Fees Due this Month | | 0 - 30 Days | |
| 22 | Less: Payments Made this Month | | B | 31 - 60 Days | |
| 23 | Subtotal | 0.00 | 61 - 90 Days | |
| 24 | Adjustments (+/-) *(Explanation Required)* | | 90+ Days | |
| 25 | Ending Balance | 0.00  B/S | | 0.00 |

*Explanation(s) for any Adjustments to Post-Petition Liabilities:*

_____

_____

SCHEDULE E

FOR MONTH ENDED: _____9/30/15_____

SINCE NONE WAS INDICATED ON THIS SCHEDULE, THIS PAGE IS NOT REQUIRED IN THE CURRENT MONTH'S REPORT

## SCHEDULE F
## POST-PETITION TAXES PAYABLE
### X *Indicate if none*

| | | | | |
|---|---|---|---|---|
| 1 | Ending Balance Reported for Prior Month | | | _____ |

**2  PAYROLL TAX LIABILITY THIS MONTH**

| | | Withholding | Employer | Total |
|---|---|---|---|---|
| 3 | | | | |
| 4 | Federal income tax | | | 0.00 |
| 5 | FICA | | | 0.00 |
| 6 | Medi-care | | | 0.00 |
| 7 | State income tax | | | 0.00 |
| 8 | State disability | | | 0.00 |
| 9 | Federal unemployment | | | 0.00 |
| 10 | State unemployment | | | 0.00 |
| 11 | Training Tax (ETT) | | | 0.00 |
| 12 | Total | 0.00 | 0.00 | |
| 13 | Total Payroll Taxes Incurred this Month | | | 0.00 |

**14  OTHER TAX LIABILITIES THIS MONTH**

| | | |
|---|---|---|
| 15 | Sales Tax | _____ |
| 16 | Excise/Use Tax | _____ |
| 17 | Real Property Tax | _____ |
| 18 | Personal Property Tax | _____ |
| 19 | Federal Income Tax | _____ |
| 20 | State Income or Franchise Tax | _____ |
| 21 | Other: _____ | _____ |
| 22 | Total Other Taxes Incurred this Month | 0.00 |

**23  SUMMARY OF PAYMENTS MADE THIS MONTH FOR POST-PETITION TAXES:**

| Bank Acct. # (last 4-digits) | Date Paid | Payee & Type of Tax | Check # | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| | | Total tax payments from *attached listing* | | _____ |

| | | | |
|---|---|---|---|
| 24 | Total Payments Made on Post-Petition Tax Debts | | 0.00 |
| 25 | | Ending Balance | 0.00 |

SCHEDULE F

**BALANCE SHEET (B/S)**
AS OF MONTH ENDED: 9/30/15

| | | | End of Current Month | As of Filing Date |
|---|---|---|---|---|
| 1 | **ASSETS** | | | |
| 2 | Cash and Cash Equivalents | A | 41,226.43 | 41,246.43 |
| 3 | Accounts Receivable (Net) | C | 500,000.00 | 500,000.00 |
| 4 | Inventory | D | 0.00 | |
| 5 | Prepaid Expenses | | | |
| 6 | Retainer(s) Held by Professionals | | | |
| 7 | Commercial Real Property | 1,385,500.00 | | |
| 8 | Commercial Personal Property | 6,503,270.00 | | |
| 9 | Less: Accumulated Depreciation/Depletion | 2,697,310.00 | | |
| 10 | Commercial Property Net of Accumulated Depr/Depl | | 5,191,460.00 | 5,191,460.00 |
| 11 | Loans to Owners/Insiders/Affiliates | | | |
| 12 | Other: | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | **TOTAL ASSETS** Line 47 | | **5,732,686.43** | **5,732,706.43** |
| 17 | **LIABILITIES and EQUITY** | | | |
| 18 | **POST-PETITION LIABILITIES:** | | | |
| 19 | Accounts Payable | E | 82,584.07 | N/A |
| 20 | Arrearages on Secured Debt & Executory Contracts | E | 0.00 | N/A |
| 21 | Professional Fees/Exp Payable | E | 0.00 | N/A |
| 22 | Taxes Payable | F | 0.00 | N/A |
| 23 | Salaries and Wages Payable | | | N/A |
| 24 | Notes Payable | | | N/A |
| 25 | Other: U.S. Trustee Fees Payable | E | 0.00 | N/A |
| 26 | | | | N/A |
| 27 | | | | N/A |
| 28 | **TOTAL POST-PETITION LIABILITIES** | | **82,584.07** | **N/A** |
| 29 | **PRE-PETITION LIABILITIES:** | | | |
| 30 | Secured Claims | | 4,200,000.00 | 4,200,000.00 |
| 31 | Priority Unsecured Claims: | | | |
| 32 | Tax Claims | | | |
| 33 | Wage Claims | | | |
| 34 | Other: § 503(b)(9) Claims | | | |
| 35 | | | | |
| 36 | **Total Priority Unsecured Claims** | | **0.00** | **0.00** |
| 37 | General Unsecured Claims | | | 227,592.00 |
| 38 | **TOTAL PRE-PETITION LIABILITIES** | | **4,200,000.00** | **4,427,592.00** |
| 39 | **TOTAL LIABILITIES** | | **4,282,584.07** | **4,427,592.00** |
| 40 | **EQUITY:** | | | |
| 41 | Equity/(Deficit) at Time of Filing | | 1,305,114.43 | 1,305,114.43 |
| 42 | Capital Stock | | | |
| 43 | Paid-in-Capital | | | |
| 44 | Post-Petition Contributions/(Distributions)/(Draws) *from Schedule I* | B | 0.00 | N/A |
| 45 | Post-Pet Profit/(Loss) or Change in Equity from Operations | | 144,987.93 | N/A |
| 46 | **TOTAL EQUITY/(DEFICIT)** | | **1,450,102.36** | **1,305,114.43** |
| 47 | **TOTAL LIABILITIES AND EQUITY** Line 16 | | **5,732,686.43** | **5,732,706.43** |

Case 15-12827    Filed 10/16/15    Doc 75

# Bluegreenpista Enterprises Inc
## Income Statement
### September 2015

|  | Sep 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 20.00 |
| Contract Labor | 5,500.00 |
| Farm Management Fees | 8,026.00 |
| Irrigation | 8,428.63 |
| Utilities | |
| Electric | 11,327.71 |
| **Total Utilities** | 11,327.71 |
| **Total Expense** | 33,302.34 |
| **Net Ordinary Income** | -33,302.34 |
| **Net Income** | -33,302.34 |

# Bluegreenpista Enterprises Inc
# Transaction Report
## September 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Ordinary Income/Expense** | | | | | | | |
| **Expense** | | | | | | | |
| **Bank Service Charges** | | | | | | | |
| Bill | 9/22/2015 | | Westamerica Bank | Check Order ... | 20.00 | | 20.00 |
| Total Bank Service Charges | | | | | 20.00 | 0.00 | 20.00 |
| **Contract Labor** | | | | | | | |
| Bill | 9/30/2015 | 093015 | Gurpreet Singh | 09/01/2015 t... | 3,000.00 | | 3,000.00 |
| Bill | 9/30/2015 | 0930... | Eladio Montelongo | 09/01/2015 t... | 2,500.00 | | 5,500.00 |
| Total Contract Labor | | | | | 5,500.00 | 0.00 | 5,500.00 |
| **Farm Management Fees** | | | | | | | |
| Bill | 9/30/2015 | 133961 | GDR Co. | September 2... | 8,026.00 | | 8,026.00 |
| Total Farm Management Fees | | | | | 8,026.00 | 0.00 | 8,026.00 |
| **Irrigation** | | | | | | | |
| Bill | 9/14/2015 | 900274 | Sainand Medical Inc. | 900274/Water | 8,428.63 | | 8,428.63 |
| Total Irrigation | | | | | 8,428.63 | 0.00 | 8,428.63 |
| **Utilities** | | | | | | | |
| **Electric** | | | | | | | |
| Bill | 9/16/2015 | 0293... | PG&E | 1009405874 | 3,953.94 | | 3,953.94 |
| Bill | 9/16/2015 | 0293... | PG&E | 1009409920 | 7,373.77 | | 11,327.71 |
| Total Electric | | | | | 11,327.71 | 0.00 | 11,327.71 |
| Total Utilities | | | | | 11,327.71 | 0.00 | 11,327.71 |
| Total Expense | | | | | 33,302.34 | 0.00 | 33,302.34 |
| Net Ordinary Income | | | | | 33,302.34 | 0.00 | -33,302.34 |
| **Net Income** | | | | | **33,302.34** | **0.00** | **-33,302.34** |

# Bluegreenpista Enterprises Inc
# Reconciliation Summary
### Westamerica Bank GEN, Period Ending 09/30/2015

|  | Sep 30, 15 |
|---|---|
| Beginning Balance | 41,246.43 |
|    Cleared Transactions |  |
|       Checks and Payments - 1 item | -20.00 |
|    Total Cleared Transactions | -20.00 |
| Cleared Balance | 41,226.43 |
| Register Balance as of 09/30/2015 | 41,226.43 |
| Ending Balance | 41,226.43 |

Case 15-12827   Filed 10/16/15   Doc 75

# Bluegreenpista Enterprises Inc
## Reconciliation Detail
### Westamerica Bank GEN, Period Ending 09/30/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 41,246.43 |
|    **Cleared Transactions** | | | | | | |
|       **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 9/22/2015 | ACH | Westamerica Bank | X | -20.00 | -20.00 |
|       Total Checks and Payments | | | | | -20.00 | -20.00 |
|    Total Cleared Transactions | | | | | -20.00 | -20.00 |
| Cleared Balance | | | | | -20.00 | 41,226.43 |
| Register Balance as of 09/30/2015 | | | | | -20.00 | 41,226.43 |
| **Ending Balance** | | | | | **-20.00** | **41,226.43** |

 **WESTAMERICA BANK**

## Account Statement

If you have any questions
about your account please call

800-848-1088
CUSTOMER SERVICE

BLUEGREENPISTA ENTERPRISES INC    277
DEBTOR-IN-POSSESSION
CASE #15-12827
8484 WILLOW PLAZA
NEWARK CA                              94560

| ACCOUNT NUMBER |
| --- |
| 277-01467-6 |

| STATEMENT DATE | CYCLE |
| --- | --- |
| 09/24/15 | 16 |

| ITEMS ENCLOSED | PAGE |
| --- | --- |
| 0 | 1 |

YEAR-TO-DATE INTEREST

| PREVIOUS BALANCE | CHECKS AND WITHDRAWALS | | DEPOSITS AND CREDITS | | INTEREST MINUS CHARGES | NEW BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | |
| 41,246.43 | 1 | 20.00 | 0 | .00 | .00 | 41,226.43 |

### ACCOUNT ACTIVITY

BUSINESS REGULAR CHECKING

### BALANCE SUMMARY

| DATE | BALANCE |
| --- | --- |

31 DAYS THIS CYCLE
- - - - - - - - -WITHDRAWALS-FEES-CHARGES- - - - - - - - -     PREVIOUS BALANCE

| DATE | DESCRIPTION | AMOUNT | 08/24 | 41,246.43 |
| --- | --- | --- | --- | --- |
| 09/22 | DELUXE CHECK     - CHECK/ACC. | 20.00 | 09/22 | 41,226.43 |

APPLY AT WWW.WESTAMERICA.COM FOR VISA OR AMERICAN EXPRESS
CREDIT CARDS WITH A GREAT INTRODUCTORY OFFER, REWARDS AND
    MORE. CREDITOR & ISSUER IS ELAN FINANCIAL SERVICES.

| NEW BALANCE | |
| --- | --- |
| 09/24 | 41,226.43 |

**EXTRA CASH LINE OF CREDIT CUSTOMERS:** YOUR ACCOUNT DETAILS ARE LISTED BELOW. **LATE PAYMENT WARNING:** IF YOUR
MINIMUM PAYMENT IS NOT RECEIVED BY THE PAYMENT DUE DATE YOU MAY BE CHARGED A LATE FEE OF $5.

| PREVIOUS BALANCE | ADVANCES AND DEBITS | | PAYMENTS AND CREDITS | | **INTEREST CHARGED** | FEES CHARGED | NEW BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT | NUMBER | AMOUNT | | | |

| LINE OF CREDIT | CREDIT AVAILABLE | **ANNUAL PERCENTAGE RATE** | DAILY PERIODIC RATE | PAYMENT PAST DUE | + | PAYMENT THIS PERIOD | = | MINIMUM PAYMENT DUE | PAYMENT DUE DATE | YEAR-TO-DATE INTEREST PAID |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

THANK YOU FOR BANKING WITH US. **NOTICE: SEE 'BACK OF STATEMENT' TAB FOR IMPORTANT INFORMATION.**